IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL                                                                                          PETITIONER

v.                                     NO. 5:13CV00015 JLH-HDY

RAY HOBBS, Director of the
Arkansas Department of Correction                                              RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is granted. See Document 12. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Jessie Hill is denied. All requested relief is denied, and judgment will be entered for Hobbs. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied.

IT IS SO ORDERED this 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE